DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

17 MARCH 2016

| 004P14-2 | State v. Raymond Dakim Harris Joiner | Def's *Pro Se* Motion for Order of Dismissal | Dismissed |
|---|---|---|---|
| 004P16 | State v. Jamonte Dion Baker | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Mecklenburg County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| | | | **Ervin, J., recused** |
| 006P16 | State v. Tunisia Dawson | Def's PDR Under N.C.G.S. § 7A-31 (COA15-420) | Denied |
| 007P16 | Gilbert Breedlove and Thomas Holland v. Marion R. Warren, in his Official Capacity, as Director of the N.C. Administrative Office of the Courts, and the North Carolina Administrative Office of the Courts | Plts' PDR Prior to a Decision of the COA (COA15-1381) | Denied |
| 008P16 | State v. Teon Jamell Williams | 1. Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP15-863) | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| | | 4. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 4. Denied **03/03/2016** |
| 009P16 | State v. Jordan Leon Mustard | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-147) | Denied |
| 010P16 | State v. Purcell Orlando Jones, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| 011P16 | Robert Lee Hood v. N.C. Department of Public Safety | Plt's *Pro Se* Motion for Notice of Appeal (COAP15-934) | Dismissed |